## BAKER ET AL. *v.* THE STATE OF INDIANA, EX REL. NOELTING ET AL.

[No. 6,932.   Filed January 12, 1910.]

From Martin Circuit Court; *H. Q. Houghton,* Judge.

Action by the State of Indiana, on the relation of Ida Noelting and others, against August Baker and others. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*F. Gwinn* and *Cullop & Shaw,* for appellants.

*James S. Pritchett, A. J. Padgett* and *Gardiner, Tharp & Gardiner,* for appellee.

PER CURIAM.—The record in this case presents precisely the same questions that were presented in the case of *Berkemeier* v. *State, ex rel.,* (1909), 44 Ind. App. 1, and upon the authority of that case, the judgment of the court below is affirmed.

---

## VANDALIA RAILROAD COMPANY *v.* SMITH ET AL.

[No. 6,838.   Filed April 27, 1910.]

From Dekalb Circuit Court; *Emmet A. Bratton,* Judge.

Action by Theodore A. Smith and another against the Vandalia Railroad Company. From a judgment for plaintiffs, defendant appeals. *Affirmed.*

*Anderson, Parker & Crabill, J. G. Williams* and *J. E. & J. H. Rose,* for appellant.

*Willis Rhoads,* for appellees.

WATSON, J.—This is a companion case to *Vandalia R. Co.,* v. *Blum* (1910), *ante,* 697. The facts in this case warrant the conclusion reached by the trial court.

Judgment affirmed with ten per cent penalty.